# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:04-CR-122-1F |
| Kenneth Ray Jacobs ) | USM No: 21646-056 |
| Date of Previous Judgment: July 18, 2005 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney   W.H. Paramore, III |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____          Amended Offense Level: _____

Criminal History Category: _____      Criminal History Category: _____

Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

Continued on page 2

## III. ADDITIONAL COMMENTS

Although the total offense level would be reduced from 31 to 29, this would have no impact because the imprisonment range resulted from application of the career offender guideline at 4B1.1(c)(2) since at least one of the counts of conviction was for a violation of 18 U.S.C. § 924(c). Consequently, application of the amendment does not have the effect of lowering the defendant's applicable guideline range of 262 to 327 months, and the motion is, therefore, denied.

Except as provided above, all provisions of the judgment dated **July 18, 2005** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: **11/2/2010**

_____  
Judge's signature

Effective Date: _____  
(if different from order date)

James C. Fox, Senior U.S. District Judge  
Printed name and title